MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for DEFENDANTS
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| AURA BOYKIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, AND DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendant. | Case No. 5:17-cv-06585-HRL<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO THE COMPLAINT; [~~PROPOSED~~] ORDER** |

Plaintiff AURA BOYKIN ("Plaintiff") and defendant WELLS FARGO BANK N.A. ("Defendant"), hereby stipulate as follows:

**RECITALS**

1. Whereas, Plaintiff filed this action against Defendant on November 14, 2017 and served Defendant on November 17, 2017.

2. Whereas, Defendant's deadline to respond to the complaint is December 8, 2017.

3. Whereas, Defendant and Plaintiff agreed to extend Defendant's deadline to respond to the Complaint until January 5, 2018 in order for Defendant to evaluate Plaintiff's claims and for the parties to explore settlement.

4. Whereas, Defendant is continuing to evaluate Plaintiff's claims, and the parties are exploring a possible early resolution of this action, as well as possible arbitration.

5. Whereas, Defendant has requested, and Plaintiff has agreed, to an additional extension of Defendant's time to respond to the complaint until January 19, 2018.

6. Whereas, this is the second request for an extension in this action. No other deadlines will be affected by this stipulation, as no other deadlines have yet been set by the Court.

7. In light of the foregoing, the parties therefore stipulate and agree that Defendant shall have through and including January 19, 2018 to answer, move or otherwise respond to the complaint.

**IT IS SO STIPULATED.**

DATED: January 4, 2018              SEVERSON & WERSON
                                    A Professional Corporation


                                    By:     */s/ Alisa A. Givental*
                                                Alisa A. Givental

                                    Attorneys for DEFENDANTS WELLS FARGO BANK, N.A.


DATED: January 4, 2017              SAGARIA LAW, P.C.


                                    By:     */s/ Scott Johnson*
                                                Scott Johnson

                                    Attorneys for Plaintiff AURA BOYKIN


Pursuant to Local Rule 5-1(i)(3), I – Alisa A. Givental – attest that concurrence in the filing of this document has been obtained from Scott Johnson. */s/ Alisa A. Givental*

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, Wells Fargo Bank, N.A.'s deadline to respond to plaintiff Aura Boykin's Complaint is hereby continued to January 19, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

DATE: __1/4/2018__   _____
MAGISTRATE JUDGE HOWARD R. LLOYD